FILED ____ ENTERED
LODGED ____ RECEIVED

FEB 27 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON
                                DEPUTY

09-CV-00262-CMP

NO SUMMONS ISSUED SEA24264

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| A.A., M.A., C.F., P.K., J.M., F.V., G.V. and J.V., all individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SOCIETY OF JESUS, OREGON PROVINCE, an Oregon Corporation; SEATTLE UNIVERSITY, a Washington corporation,<br><br>Defendants. | No. C09-0262 RAJ<br><br>King County Superior Court Case No. 07-2-22665-6SEA<br><br>**NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027** |

Defendant Society of Jesus, Oregon Province ("Debtor"), hereby removes the above-captioned action to this court, based on the following facts:

1. On February 17, 2009 (the "Petition Date"), Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. sections 101 *et seq.* (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Oregon, Portland Division. Debtor's Chapter 11 case is being administered under Case No. 09 30938-ELP. The assigned Judge is the Honorable Elizabeth L. Perris.

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452
AND BR 9027 - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206.622.1711

PDX/080048/155385/AJL/3424947.1

ORIGINAL

2. The above-referenced state action was commenced prior to the Petition Date by the filing of a complaint in the King County Superior Court, State of Washington.

3. The claims raised in this case may be removed to this Court. Removal is proper because: (a) the claims are asserted in a civil action; (b) the claims are not exempt from removal; and (c) this Court has subject matter jurisdiction over the removed claims pursuant to 28 U.S.C. sections 1441, 1452 and 1334. These claims raise federal questions and are related to Debtor's bankruptcy proceeding. *See Calumet National Bank v. Levine*, 179 B.R. 117, 120 (N.D. Ind. 1995) (stating that "related to" jurisdiction includes tort claims that "might result in a substantial judgment against [the debtor] and, in turn, a claim against the bankruptcy estate").

4. Pursuant to 28 U.S.C. section 1452 removal to this court is proper because it is the "the district court for the district where [plaintiffs'] civil action is pending." 28 U.S.C. § 1452.

5. Removal is timely pursuant to BR 9027(a)(2) because the claims were pending before the Petition Date and this Notice has been filed within 90 days of the Order for Relief from the Bankruptcy Court.

6. Consent of co-defendants, if any, is not necessary for removal under 28 U.S.C. Section 1452. *See Cal. Pub. Empl. Ret. Sys. V. Worldcom, Inc.*, 368 F.3d 86 (2d Cir. 2004).

7. Upon removal, all proceedings with respect to the removed claims and causes

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027 - 2

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206.622.1711

PDX/080048/155385/AJL/3424947.1

of action are core proceedings, except the liquidation or estimation of contingent or unliquidated personal injury tort claims against the bankruptcy estate for purposes of distribution in the Bankruptcy Case. 28 USC § 157(b)(2)(B). As to any non-core proceedings concerning such claims, Debtor consents to entry of final orders or judgment by the bankruptcy judge, but only if the case is transferred to the United States District Court or the United States Bankruptcy Court for the District of Oregon.

8. Pursuant to BR 9027(a)(1), this Notice is accompanied by copies of all process and pleadings filed in the state court action.

Pursuant to BR 9027(b), a copy of this Notice is being served on counsel of record for all parties.

Dated this 27th day of February, 2009.

_____
Renea I. Saade, WSBA #30044
Thomas V. Dulcich, WSBA #13807
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, WA  98101
Telephone: 206-622-1711
Facsimile: 206-292-0460
Email: rsaade@schwabe.com

*Attorneys for Society of Jesus, Oregon Province*

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027 - 3

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA  98101
206.622.1711

PDX/080048/155385/AJL/3424947.1

## ADDENDUM TO NOTICE

Due to the significant volume of the pleadings and other documents on record in the State Court action, copies of the same will be filed under separate cover.

NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027 - 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206.622.1711

PDX/080048/155385/AJL/3424947.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2009, I served the foregoing NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. 1452 AND BR 9027 on the following party at the following addresses:

Michael T. Pfau, Esq. **(by hand)**
Pfau Cochran Vertetis Kosnoff, PLLC
701 Fifth Avenue #4750
Seattle, WA 98104

Michelle Menely, Esq. **(by hand)**
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP
600 University St., Suite 2100
Seattle, WA 98101-4185

Colleen Kinerk, Esq. **(by hand)**
Cable, Langenbach, Kinerk & Bauer, LLP
1000 Second Avenue, Ste. 3500
Seattle, WA 98104-1048

F. Mike Shaffer, Esq. **(by mail)**
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402

John Allison, Esq. **(by mail)**
Eymann, Allison, Hunter & Jones, P.S.
2208 W 2nd Ave
Spokane, WA 99204
Telephone: (509) 747-0101
Facsimile: (509) 458-5977
E-Mail: jdallison@eahjlaw.com

As specified above.

Renea I. Saade
Schwabe, Williamson & Wyatt
1420 Fifth Avenue, Suite 3010
Seattle, WA 98101
Telephone: 206-622-1711
Facsimile: 206-292-0460

CERTIFICATE OF SERVICE- 4

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206.622.1711

PDX/080048/155385/AJL/3424947.1

The Honorable Bruce Heller

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON

FOR THE COUNTY OF KING

| | |
|---|---|
| A.A., M.A., C.F., P.K., J.M., F.V., G.V. and J.V., all individuals,<br>Plaintiffs,<br><br>vs.<br><br>SOCIETY OF JESUS, OREGON PROVINCE, an Oregon Corporation; SEATTLE UNIVERSITY, a Washington corporation,<br>Defendants. | No. 07-2-22665-6SEA<br><br>DEFENDANT SOCIETY OF JESUS, OREGON PROVINCE'S NOTICE OF REMOVAL TO U.S. DISTRICT COURT – WESTERN DISTRICT OF WASHINGTON |

TO: The Clerk of King County Superior Court, State of Washington; and

TO: Plaintiffs A.A., M.A., C.F., P.K., J.M., F.V., G.V., and J.V., and their attorneys, Mike Pfau, Esq., Pfau Cochran Vertetis Kosnoff, PLLC, 701 5th Ave., Suite 4750, Seattle, WA 98104, Telephone: 206-462-4334; Michelle Menely, Esq., Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP, 600 University St., Suite 2100, Seattle, WA 98101-4185, Telephone: 206-676-7500; F. Mike Shaffer, Esq., Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP, 1201 Pacific Avenue, Suite 2100, Tacoma, WA 98402, Telephone: 253-620-6500; and John Allison, Esq., Eymann, Allison, Hunter & Jones, P.S., 2208 W. 2nd Ave, Spokane, WA 99204, Telephone: 509-747-0101; and

TO: Defendant, Seattle University, and its attorneys Colleen Kinerk, Esq., Cable,

Defendant SOCIETY OF JESUS, OREGON PROVINCE's
NOTICE OF REMOVAL TO U.S. DISTRICT COURT –
WESTERN DISTRICT OF WASHINGTON - 1
PDX/080048/155385/AJL/3423115.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711



1  Langenbach, Kinerk & Bauer, LLP, 1000 Second Avenue, Ste. 3500, Seattle, WA 98104-
2  1048, Telephone: 206-292-8800
3
4       PLEASE TAKE NOTICE that, on February 17, 2009, 2009 (the "Petition Date"),
5  Defendant Society of Jesus, Oregon Province (the "Province") filed a voluntary petition for
6  relief under Chapter 11 of Title 11 of the United States Code, 11 U.S.C. Sections 101 *et seq.*
7  (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Oregon,
8  Portland Division. The Province's Chapter 11 case is being administered under Case No. 09-
9  30938-ELP. The assigned Judge is the Honorable Elizabeth L. Perris. Pursuant to 28 U.S.C.
10 section 1452, the Society of Jesus, Oregon Province defendant has removed plaintiffs' "claim
11 or cause of action" to the United States District Court for the Western District of Washington
12 as "the district court for the district where [plaintiffs'] civil action is pending." 28 U.S.C.
13 § 1452. All further actions in this matter are hereby stayed pursuant to 28 U.S.C. section
14 1452, 11 U.S.C. section 362(a), and Bankruptcy Rule 9027. A copy of the Notice of
15 Removal filed in the United States District Court for the Western District of Washington is
16 attached for reference.
17
18      Dated this 27th day of February, 2009.
19
20                                     SCHWABE, WILLIAMSON & WYATT, P.C.

By: _____
Renea I. Saade, WSBA #30044
Thomas V. Dulcich, WSBA #13807
Attorney for Defendant
*Society of Jesus, Oregon Province*

Defendant SOCIETY OF JESUS, OREGON PROVINCE's
NOTICE OF REMOVAL TO U.S. DISTRICT COURT –
WESTERN DISTRICT OF WASHINGTON - 2
PDX/080048/155385/AJL/3423115.1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
Telephone 206.622.1711

# CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of February, 2009, I caused to be served the foregoing *Defendant Society of Jesus, Oregon Province's Notice of Removal to U.S. District Court – Western District of Washington* on the following parties at the following addresses:

Michael T. Pfau, Esq. **(by hand)**
Pfau Cochran Vertetis Kosnoff, PLLC
701 Fifth Avenue #4750
Seattle, WA 98104

Michelle Menely, Esq. **(by hand)**
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP
600 University St., Suite 2100
Seattle, WA 98101-4185

Colleen Kinerk, Esq. **(by hand)**
Cable, Langenbach, Kinerk & Bauer, LLP
1000 Second Avenue, Ste. 3500
Seattle, WA 98104-1048

F. Mike Shaffer, Esq. **(by mail)**
Gordon, Thomas, Honeywell, Malanca, Peterson & Daheim, LLP
1201 Pacific Avenue, Suite 2100
Tacoma, WA 98402

John Allison, Esq. **(by mail)**
Eymann, Allison, Hunter & Jones, P.S.
2208 W 2nd Ave
Spokane, WA 99204
Telephone: (509) 747-0101
Facsimile: (509) 458-5977
E-Mail: jdallison@eahjlaw.com

by:

☐ U.S. Postal Service, ordinary first class mail
☐ U.S. Postal Service, certified or registered mail, return receipt requested
☐ hand delivery
☐ facsimile
☐ electronic service
☒ other (specify)   As noted above

*/s/ Donna Strauss*
Donna Strauss

CERTIFICATE OF SERVICE - 1

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
US Bank Centre
1420 5th Ave., Suite 3010
Seattle, WA 98101
206.622.1711

PDX/080048/155385/AJL/3423115.1