UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| A.A., et al<br><br>      Plaintiff,<br><br>   v.<br><br>Society of Jesus, et al<br><br>      Defendants. | CASE NO. C09-262RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Upon review of the file in this matter, the Court finds cause for recusal. The case shall now be assigned to the Honorable Marsha J. Pechman, United States District Judge. All future documents filed in this case must bear the cause number C09-262MJP and bear the Judge's name in the upper right hand corner of the document. The name of the Judge to whom this case was originally assigned should not appear on any future documents filed with the court.

Please make the necessary corrections to your records reflecting these changes.

Dated this 8th day of April, 2009.

                BRUCE RIFKIN, Clerk

                By: /s/Rhonda Stiles
                   Deputy Clerk

MINUTE ORDER